**Waldo M. HALL v. J. H. EDWARDS et al.**

**No. 5024.**

Court of Appeal of Louisiana. Second Circuit.

April 1, 1935.

Dawkins & Lassiter and Brunswig Sholars, all of Monroe, for appellant.

Hawthorne & Files, of Bastrop, and Theus, Grisham, Davis & Leigh, of Monroe, for appellees.

MILLS, Judge.

This case arises out of the same alleged employment and accident involved in the case of Brown v. J. H. Edwards et al., 160 So. 173, on the docket of this court, and this day decided.

The pleadings and judgment in these two cases are identical.

For the reasons assigned in the prior case, the judgment appealed from is reversed, and the case remanded to be proceeded with according to law.